IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FAISAL WAZIR,<br>   Petitioner<br><br>v.<br><br>ATTORNEY GENERAL OF THE<br>UNITED STATES, *et. al.*<br>   Respondents | : No. 3:26cv526<br>:<br>: (Judge Munley)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

On March 2, 2026, the Clerk of Court received a *pro se* petition for writ of habeas corpus from Petitioner Faisal Wazir, an Afghan national. (Doc. 1). Wazir appears to have been recently convicted of several offenses at the state court level, including indecent assault and theft by deception. He is seeking release from detention because Immigration and Customs Enforcement ("ICE") has been unable to secure his removal to Afghanistan or to a third country and he has been in immigration detention since June 2025. According to the averments in the petition, Wazir is ready to return to Afghanistan if the government is able to get him there.

Therefore, this 4th day of March 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1. The petition, (Doc. 1), is **DEEMED** filed;

2. Petitioner's motion for leave to proceed *in forma pauperis*, (Doc. 2), is **GRANTED**;

3. The court exercises its discretion under Rule 1(b) of the Rules Governing Section 2254 Cases in the United States District Courts to apply those rules to this Section 2241 petition.

4. The Clerk of Court is directed to serve a copy of the petition, (Doc. 1), and this order on respondents and the United States Attorney, and to note the address of the United States Attorney on the front of the docket sheet in this case. All documents filed by the parties and the court shall be served upon the United States Attorney. See 28 U.S.C. § 2254 Rule 4.

5. Within **twenty-one (21) days** of the date of this order, respondents shall file an answer, motion, or other response to the allegations of the petition. See 28 U.S.C. § 2254 Rule 5.

6. Respondents shall supply a response to the factual averments in Wazir's petition.

7. Petitioner, if desired, may file a reply to respondents' answer or other pleading **within fourteen (14) days** after receipt thereof. See 28 U.S.C. § 2254 Rule 5(e).

8. A determination as to whether petitioner shall be produced for a hearing will be held in abeyance pending the filing of respondents' answer or other pleading.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court

2